

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOCAL NO. 5 AND LOCAL NO. 602 TRUST FUND COLLECTION COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATUXENT ENVIRONMENTAL GROUP, INC. <br><br> and <br><br> MATTHEW T. COOPER, <br><br> Defendants. | Civil Action No. MJG01-3132 |

**JUDGMENT BY DEFAULT PURSUANT TO RULE 55
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on _April 15 2002_ as to the Defendants Patuxent Environmental Group, Inc. and Matthew T. Cooper for failure of said Defendants to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendants were properly served on February 27, 2002; therefore, it is this _15th_ day of _April_, 2002 by the United States District Court for the District of Maryland,

**ORDERED** and **ADJUDGED** that judgment by default be and the same is entered in favor of Plaintiffs Trustees of the Heating, Piping and Refrigeration Pension Fund, Medical Fund, Training Fund, Industry Promotion Fund, Communications and Productivity Fund, Steamfitters Retirement Savings Fund and the International Training Fund against Defendant Patuxent Environmental Group, Inc. for the

total sum of $16,261.81 which consists of $12,176.00 in contributions for the months of May, 2001 through February, 2002, $406.21 in liquidated damages and interest for the months of February, 2001 and March, 2001, $1,826.40 in liquidated damages for the months of May, 2001 through February, 2002, $539.41 in interest assessed at the rate of 10% per annum from the date due through April 15, 2002 and continuing through the date of payment on all unpaid contributions, costs of $371.29 and attorneys' fees in the amount of $942.50 payable to the Local 602 Funds.

**ORDERED** and **ADJUDGED** that judgment by default be and the same is entered in favor of Plaintiffs Trustees of he Heating, Piping and Refrigeration Pension Fund, Medical Fund, Training Fund, Industry Promotion Fund, Communications and Productivity Fund, Retirement Savings Fund and International Training Fund against Defendant Matthew T. Cooper, as guarantor, jointly and severally for the amounts owed by the Defendant Patuxent Environmental Group, Inc. in the amount of $10,000.00 payable to the Local 602 Funds.

/s/ Marvin J. Garbis
Marvin J. Garbis, Judge
UNITED STATES DISTRICT COURT

cc's: next page

2